JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kerel Sharfner, et al., | Case No. 2:23-cv-00889-RGK-AGRx |
| Plaintiff(s), | |
| vs. | ORDER DISMISSING ACTION FOR LACK OF PROSECUTION WITHOUT PREJUDICE |
| Carters Retail, Inc. et al., | |
| Defendant(s). | |

On April 7, 2023, the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution ("OSC"), which ordered that defendant Carters Retail, Inc. ("defendant") file an overdue response to the Complaint by April 10, 2023; or plaintiffs to file a request for entry of default by clerk by April 12, 2023 absent any response to the Complaint filed by defendant . On April 11, 2023, plaintiff filed a response to the OSC. The Court finds no good cause shown and orders the case dismissed without prejudice for lack of prosecution.

**IT IS SO ORDERED.**

Dated: April 13, 2023

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE